A. D. CROW v. ERIE RAILROAD COMPANY.[1]

October 28, 1922.

No. 23,260.

Case followed—appeal dismissed.

Action in the district court for Hennepin county to recover $30,000 for injuries received while in defendant's employ. Defendant's motion to set aside and quash the proceeding was denied, Dickinson, J. From the order denying its motion to quash, defendant appealed. Dismissed.

*William Furst*, for appellant.

*Davis & Michel*, for respondent.

PER CURIAM.

The motion to dismiss the appeal from an order denying defendant's motion to vacate and set aside the service of the summons in this action is granted. The case is controlled by the decision in Callaghan v. Union Pac. R. Co. 148 Minn. 482, 182 N. W. 1004. Defendant is not thereby deprived of a right to review the order. It may be assigned as error on an appeal from the judgment, if one can be recovered against defendant, with the same force and effect as on an appeal from the order. 1 Dunnell, Minn. Dig. § 389.

Appeal dismissed.

[1]Reported in 190 N. W. 339.